IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02830-DME-KLM

IVAN M. BREWER,

   Plaintiff,

v.

RBC BANK USA,
THE LAW FIRM OF DALE AND DECKER LLC,
HIGHLINE HOLDINGS, LLC, and
DEBRA JOHNSON, in her official and personal capacities,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant Highline Holdings, LLC's **Motion to Dismiss** [Docket No. 4; Filed November 21, 2011]; on Defendant Debra Johnson's **Motion to Dismiss** [Docket No. 12; Filed November 23, 2011]; on Defendant Dale & Decker, LLC's **Motion to Dismiss** [Docket No. 14; Filed December 7, 2011]; and on Defendant RBC Bank USA's **Motion to Dismiss** [Docket No. 20; Filed December 21, 2011] (collectively, the "Motions"). In consideration of the Order and Recommendation of United States Magistrate Judge currently pending before the District Judge, which recommends that Plaintiff's Complaint [#1] be dismissed without prejudice,

   IT IS HEREBY **ORDERED** that the Motions [#4, #12, #14, #20] are **DENIED WITHOUT PREJUDICE**.

   Dated:  June 5, 2012