IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02830-DME-KLM

IVAN M. BREWER,

    Plaintiff,

v.

RBC BANK USA,
THE LAW FIRM OF DALE AND DECKER LLC,
HIGHLINE HOLDINGS, INC.,
DEBRA JOHNSON, official capacity, and
DEBRA (I) JOHNSON, in her personal capacity,

    Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE**

---

    This matter comes before the Court on the Magistrate Judge's Recommendation issued May 3, 2012.  (Doc. 32.)  The magistrate judge recommended dismissing the complaint filed in this case for failure to prosecute.  See Fed. R. Civ. P. 41(b).  The Clerk has served a copy of the Magistrate Judge's Recommendation on all parties, including mailing a copy to Brewer at the address he provided the Court.  That copy was returned to the Court as undeliverable.  (Doc. 33.)  No one has objected to the Recommendation, and the time for doing so has now expired.

    Rule 72(b)(3), Fed. R. Civ. P., requires this Court to review the Magistrate Judge's Recommendation de novo if a party has properly objected to it.  Although no party has triggered de novo review here, the Court, nonetheless, has reviewed the Magistrate Judge's Recommendation de novo and has determined that it is correct.

Therefore, the Court ADOPTS that recommendation and DISMISSES the complaint without prejudice.

Dated this ___18th___ day of _____June___, 2012.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE